■ In the Matter of VIACOM, INC., JOHN D'ADDARIO, Respondent, v GEORGE S. ABRAMS et al., Appellants. [849 NYS2d 436]— Appeal from an order, Supreme Court, New York County (Charles E. Ramos, J.), entered June 26, 2006, unanimously withdrawn in accordance with the terms of the stipulation of the parties hereto. No opinion. Order filed. Concur—Saxe, J.P., Marlow, Sweeny and Catterson, JJ.